Priority ✓
Send ✓
Enter ✓
Closed —
JS-5/JS-6 —
JS-2/JS-3 —
Scan Only —

FILED
CLERK, U.S. DISTRICT COURT

JUN - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL M. PINKETT,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. CV-05-379 ABC(JC)<br><br>(~~PROPOSED~~)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

    IT IS HEREBY ORDERED that: (1) the decision of the Commissioner of Social Security is affirmed; and (2) Judgment be entered accordingly.

///
///
///
///

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment on counsel for the parties.

DATED: 6/9/08

_____
HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE